**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
E-mail: nick@wadjalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN N. JACKSON,<br><br>               Plaintiff,<br><br>  v.<br><br>CHECK INTO CASH OF CALIFORNIA, INC.,<br><br>               Defendant. | Case No. 2:19-cv-02623-JAM-DMC<br><br>**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Megan N. Jackson ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: 2/14/2020

                                                          /s/ John A. Mendez_____
                                                          Judge, U.S. District Court